UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                          Chapter 11

REALAUCTION.COM, LLC,                                           Case No. 13-28260-RBR


     Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance Local Rule 2081-1(B), REALAUCTION.COM, LLC (the "Debtor")
hereby files this Chapter 11 Case Management Summary, and in support hereof states:[1]

1.    Petition Date: July 31, 2013

2.    Names, case numbers and dates of filing of related debtors:   N/A

3.    Description of debtor's business: The Debtor manufactures and licenses
software that allows its clients to: (i) conduct online judicial foreclosure auctions, (ii) conduct
online tax lien sales, (iii) process applications for County tax deeds and manage tax deed
administration via the internet, and (iv) conduct non-judicial sales of foreclosed and tax-
defaulted properties via the internet.

4.    Locations of debtor's operations and whether the business premises are leased or
owned:  The Debtor's operations are located at 861 SW 78th Ave., #102, Plantation, Florida,
33324, an office location leased by the Debtor.  The Debtor also pays a monthly fee to maintain
certain computer servers at the NAP Center located at Verizon Terremark, One Biscayne Tower,
2 S. Biscayne Blvd., Suite 2800, Miami, Florida 33131.

---

[1]    The following data represents approximations for background information only and the information may
represent the Debtor's best estimate in response to some of the ensuing questions.

5.      <u>Reasons for filing chapter 11</u>:   The Debtor is filing a chapter 11 petition in order to  restructure debt obligations in accordance with its current and projected net cash flow.

6.      <u>List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing</u>:

**Lloyd Earl McClendon III, CEO**
Salary: $17,000 per month
Benefits: $900 per month transportation and $43.33 per month Term Life Insurance
Compensation and benefits for 1 year prior to filing: $249,275.16

**Marc Thomashaw, CFO**
Salary: $17,000 per month
Benefits: $1,179 per month transportation and $124.16 per month Term Life Insurance
Compensation and benefits for 1 year prior to filing: $251,922.00

7.      <u>Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition</u>:   The Debtor's 2013 year to date gross income is $4,624,000; the Debtor's gross income for 2012 was $6,384,490; and for 2011 the Debtor's gross income was $6,148,397.

8.      <u>Amounts owed to various creditors</u>:

a.   Obligations owed to priority creditors including priority tax obligations:

- N/A

b.   With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

- $2,577,311.11 owed to secured creditor, Adila Enterprises, S.A. based upon a promissory note secured by a blanket lien on all assets of the Debtor. The Debtor has not performed a valuation as to the Debtor's value as a going concern entity and currently does not contain an estimated

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

value for various intangibles and intellectual property owned by the Debtor. However, the Debtor approximates that the liquidation value of the Debtor's tangible assets (i.e. Furniture, Equipment, Deposits, and Account Receivables) is $1,800,000.

- $9,966.41 owed to secured creditor, GE Capital Finance based upon purchase money financing for certain computer equipment secured by a first position lien in the computer equipment. The computer equipment is valued at $9,966.41.

- $2,887.67 owed to secured creditor, Dell Financial Services based upon purchase money financing for certain computer equipment secured by a first position lien in the computer equipment. The computer equipment is valued at $2,887.67.

   c.  Amount of unsecured claims:

- Monetary Judgment in the amount of $8,100,000 in favor of Grant Street Group, Inc. and against the Debtor (contested).

9.   <u>General description and approximate value of the debtor's assets</u>:

- Furniture: approximately $54,000

- Equipment: approximately $39,000

- Deposits: approximately $1,600,000

- Accounts Receivables: approximately $41,168

10.   <u>List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires</u>: See attached **Schedule "A."**

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

11.    <u>Number of employees and amounts of wages owed as of petition date</u>:    See

**attached Schedule "B."**

12.    <u>Status of debtor's payroll and sales tax obligations, if applicable. This does not</u>

<u>eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to</u>

<u>provide the more detailed payroll tax information required by Local Rule 2081-1(A)</u>:    The

Debtor is current on all payroll obligations and has no sales tax obligations.

13.    <u>Anticipated emergency relief to be requested within 14 days from the petition</u>

<u>date</u>:    See attached **Schedule "C."**

Dated: July 31, 2013

Respectfully submitted,

**REALAUCTION.COM, LLC**

By: _____
      Marc Thomashaw
      Chief Financial Officer

By: _____
      Eyal Berger, Esq.
      *Proposed Counsel for the Debtor*

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this

July 31, 2013 via CM/ECF and/or U.S. Mail upon all parties listed on the attached service list.

**AKERMAN SENTERFITT**
*Proposed Attorneys for Debtor-in-Possession*
350 East Las Olas, Blvd., Suite 1600
Ft. Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224


By:    */s/ Eyal Berger*
    Eyal Berger, Esq.
    Florida Bar No. 11069
    eyal.berger@akerman.com
    Catherine Douglas, Esq.
    Fla. Bar No. 85843
    catherine.douglas@akerman.com

## SERVICE LIST

Christopher M. Verdini, Esq.
Patrick J. McElhinny, Esq.
Thomas E. Birsic, Esq.
Thomas M. Joseph, Esq.
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
christopher.verdini@klgates.com; patrick.mcelhinny@klgates.com;
klgateseservice@klgates.com; tom.joseph@grantstreet.com
*Counsel for Grant Street Group Inc.*

Ari Newman, Esq.
Mark D. Bloom, Esq.
Greenberg Traurig PA
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
newmanar@gtlaw.com; bloomm@gtlaw.com
*Counsel for Adilia Enterprises, S.A.*

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov
Chief Financial Officer

## SCHEDULE "A"

| Insurance Policy | Property Covered Under Policy | Name of Insurer | Policy Number | Amount of Coverage | Premium Current? | Due Date of Next Premium | Date Policy Expires |
|---|---|---|---|---|---|---|---|
| All Risks Of The Southeast Ltd. | Building / Personal Property | Realauction.com LLC | 09-7590272936-L-00 | $250,000 | Yes | 10/11/13 | 10/1/13 |
| Insuretrust.Com, LLC | Insurance for Technology And Miscellaneous Professional Services, Technology Products, Network Security, Privacy, And Media Communications | Realauction.com LLC | MTP003313402 | $1,000,000 | Yes | 10/1/13 | 10/1/13 |
| Covington Specialty Insurance Company | General Liability | Realauction.com LLC | VBA203301 00 | $2,000,000 | Yes | 10/1/13 | 10/1/13 |
| Bridgefield Employers Ins. Co. | Worker's Compensation Coverage | Realauction.com LLC | 0830-50716 | $500,000 | Yes | 4/16/14 | 4/16/14 |

## SCHEDULE "B"

Pay Period – 07/23 – 08/07 – Paid on 08/15  (Pre-petition Period 07/23 – 07/31)

Number of Employees:  44

Wages Owed:  $46,410.49

## SCHEDULE "C"

1.    Debtor's Emergency Application For Approval, On An Interim And Final Basis, Of Employment Of Eyal Berger And The Law Firm Of Akerman Senterfitt As General Bankruptcy Counsel For The Debtor-In-Possession *Nunc Pro Tunc* To The Petition Date;

2.    Debtor's Emergency Motion For Order (A) Authorizing The Debtor (1) To Use Cash Collateral On An Interim Basis Pursuant To 11 U.S.C. § 363, And (2) To Provide Adequate Protection In Connection Therewith Pursuant To 11 U.S.C. § 361, And (B) Setting A Final Hearing Pursuant To Bankruptcy Rule 4001'

3.    Debtor's Emergency Motion To Lift Automatic Stay To Allow Debtor To Prosecute Post-Judgment Motion And Appeal Of Judgment;

4.    Debtor's Emergency Motion For (1) Authority To Continue Use Of Existing Business Forms And Records; (2) Authority To Maintain Existing Corporate Bank Accounts And Cash Management System; And (3) Extension Of Time To Comply With 11 U.S.C. § 345 Investment Guidelines

5.    Debtor's Emergency Motion For The Entry Of An Order: (I) Authorizing The Payment Of Pre-Petition Wages, Salaries, Commissions And Employee Benefits (II) Authorizing The Debtor To Continue The Maintenance Of Employee Practices And Benefit Plans And Programs In The Ordinary Course And (III) Directing All Banks To Honor Pre-Petition Checks For Payment Of Pre-Petition Employee Obligations; and

6.    Debtor's Emergency Motion For Interim And Final Orders Determining Adequate Assurance Of Payment For Future Utility Services.